# United States District Court
# Western District of North Carolina
# Asheville Division

| | | |
|---|---|---|
| GERALD MCCOMBS, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff, | ) | 1:12-cv-00382-FDW |
| | ) | |
| vs. | ) | |
| | ) | |
| JACKIE PARKER; DEXTER GIBBS; CHRISTOPHER NIVENS; BRET BULLIS; MIKE SLAGLE, | ) ) ) | |
| | ) | |
| Defendants. | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's March 22, 2016 Order.

March 22, 2016

_Frank G. Johns_
Frank G. Johns, Clerk
United States District Court